UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AIDYN SADYKOV,

Petitioner,

v.

KRISTI NOEM, et. al.,

Respondents.

No. 1:26-cv-01218-DC-DMC-HC

ORDER

Petitioner, an immigration detainee who is representing proceeding with counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pending before the Court is Respondents' motions to dismiss. See ECF Nos. 7 and 21.

The undersigned will direct the Clerk of the Court to terminate Respondents' motion to dismiss, ECF No. 7, as it is now superseded by the subsequent motion to dismiss, ECF No. 21. Additionally, Petitioner will be directed to respond to the pending motion to dismiss.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to terminate ECF No. 7 in light of the superseding motion to dismiss, ECF No. 21, which remains pending.
2. Petitioner is directed file an opposition or inform the Court of non-opposition to the motion to dismiss, ECF No. 21, on or before August 31, 2026;

3. If Petitioner files an opposition, Respondents shall have three days from the date of the opposition to file a response.

Dated: August 25, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE