UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDYN SADYKOV, Petitioner, v. KRISTI NOEM, et. al., Respondents. | No. 1:26-cv-01218-DC-DMC-HC<br><br>FINDINGS AND RECOMMENDATIONS |

Petitioner, an immigration detainee who is representing proceeding with counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pending before the Court is Respondents' motion to dismiss, ECF No. 21. Petitioner filed a statement of non-opposition to the motion to dismiss. See ECF No. 23.

Respondents contend that "Petitioner has waived his argument in his Petition that his detention is unlawful by agreeing to voluntary departure under safeguards." ECF No. 21. Thus, Respondents request the petition be dismissed "as Petitioner's waiver of appeal of the voluntary departure grant constitutes acquiescence to his continued detention until his voluntary departure order can be executed." Id. Petitioner informed the Court that "he does not oppose dismissal of this matter." ECF No. 23.

/ / /

/ / /

Upon Petitioner's representation that he does not oppose dismissal of the petition, the undersigned RECOMMENDS that Respondents' motion to dismiss, ECF No. 21, be GRANTED; and the Petition for writ of habeas corpus, ECF No. 1, be DENIED.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). The undersigned finds that a shortened objection period is warranted in this case given the nature of the relief at issue as well as the fact that the parties have had sufficient time to submit all of their arguments in written briefs. See United States v. Barney, 568 F.2d 134, 136 (9th Cir. 1978) (per curiam) (stating that 28 U.S.C. § 636(b)(1) sets the maximum objection period and not the minimum); see also Local Rule 304(b). Thus, within 3 days after being served with these findings and recommendations, any party may file written objections with the Court. Failure to file objections within the specified time may waive the right to appeal. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 2, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE