UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AIDYN SADYKOV,

Petitioner,

v.

KRISTI NOEM, et. al.,

Respondents.

No. 1:26-cv-01218-DC-ICD (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 17, 21, 24)

Petitioner, an immigration detainee who is representing proceeding with counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On September 3, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. ECF No. 24. No objections to the findings and recommendations have been filed.

The court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed September 3, 2026, ECF No. 24, are ADOPTED;
2. Respondents' unopposed motion to dismiss, ECF No. 21, is GRANTED
3. Petitioner's petition for writ of habeas corpus, ECF No. 1, is DISMISSED as moot;
4. The Clerk of the Court is directed to substitute Todd Blanche in place of respondent Pamela Bondi, substitute Markwayne Mullin in place of respondent Kristi Noem, and substitute David Venturella in place of respondent Todd Lyons; and
5. The Clerk of the Court is directed to enter judgment and close this case.

IT IS SO ORDERED.

Dated: **September 21, 2026**

Dena Coggins
United States District Judge